No. 90–1305. BERGER, PERSONAL REPRESENTATIVE OF THE ESTATE OF BERGER *v.* PERSONAL PRODUCTS, INC., AKA OR MERGED WITH JOHNSON & JOHNSON BABY PRODUCTS, ET AL. Sup. Ct. Wash. Certiorari denied.

No. 90–1309. GENERAL ELECTRIC CO. ET AL. *v.* KNIGHT ET AL. C. A. 3d Cir. Certiorari denied.

No. 90–1314. WARNER *v.* OHIO; and SCHIEBEL *v.* OHIO. Sup. Ct. Ohio. Certiorari denied. Reported below: 55 Ohio St. 3d 31, 564 N. E. 2d 18 (first case); 55 Ohio St. 3d 71, 564 N. E. 2d 54 (second case).

No. 90–1315. FLETCHER ET UX. *v.* DISTRICT BOARD, UNITED PENTECOSTAL CHURCH-TEXAS DISTRICT, ET AL. Ct. App. Tex., 9th Dist. Certiorari denied.

No. 90–1317. HOPE EVANGELICAL LUTHERAN CHURCH *v.* IOWA DEPARTMENT OF REVENUE AND FINANCE. Sup. Ct. Iowa. Certiorari denied.

No. 90–1318. HOOVER *v.* ARMCO, INC. C. A. 8th Cir. Certiorari denied.

No. 90–1319. ST. LOUIS SOUTHWESTERN RAILWAY CO. *v.* QUALLS. Sup. Ct. Mo. Certiorari denied.

No. 90–1322. SNOW MOUNTAIN PINE CO. *v.* PUBLIC UTILITY COMMISSION OF OREGON ET AL. Ct. App. Ore. Certiorari denied.

No. 90–1325. UNELKO CORP. ET AL. *v.* ROONEY ET AL. C. A. 9th Cir. Certiorari denied.

No. 90–1326. WASHBURN *v.* ILLINOIS. App. Ct. Ill., 3d Dist. Certiorari denied.

No. 90–1328. GRAFF TRUCKING CO., INC. *v.* KELLEY, ATTORNEY GENERAL OF MICHIGAN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 90–1329. HANJIN CONTAINER LINES, INC. *v.* TOKIO MARINE & FIRE INSURANCE CO., LTD., ET AL. C. A. 9th Cir. Certiorari denied.